**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>DAMAR WORLDWIDE 4 LLC,<br><br>Defendant. | C.A. No. 16-cv-00969-RGA |

**STIPULATION OF STAY PENDING APPEAL**

Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Plaintiff") and Defendant Damar Worldwide 4 LLC ("Defendant"), to conserve judicial and party resources by limiting further litigation in this Court, hereby stipulate and agree, subject to the Court's approval, that the above-captioned cases shall be stayed and administratively closed pending the U.S. Court of Appeals for the Federal Circuit's decision in the appeal in *Blackbird Tech LLC d/b/a Blackbird Technologies v. ELB Electronics, Inc., et al.*, 15-cv-056 (the "Appeal"), which involves the same asserted patent and accused products that are substantially the same as those at issue in these cases.

Plaintiff and Defendant agree that, in the event the Federal Circuit affirms the judgment of the Court in *Blackbird Tech LLC d/b/a Blackbird Technologies v. ELB Electronics, Inc., et al.*, 15-cv-056, this case shall be immediately dismissed in its entirety with prejudice pursuant to the immediate filing of the stipulated dismissal attached as Exhibit A. In the event the Federal Circuit remands the case for further proceedings, or the Appeal is resolved before a decision by the Federal Circuit through some other means, *e.g.*, settlement, the parties to the above-captioned case shall meet and confer to determine the appropriate course of action and shall submit a Joint

Status Report to the Court within two weeks of the Federal Circuit's issuance of its mandate or, if the Appeal is disposed of without decision, within two weeks of the termination of the Appeal.

Dated: February 24, 2017

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
Blackbird Tech LLC d/b/a
Blackbird Technologies

OF COUNSEL:

Wendy Verlander
wverlander@blackbird-tech.com
Christopher Freeman
cfreeman@blackbird-tech.com
Sean K. Thompson
sthompson@blackbird-tech.com
Blackbird Tech LLC d/b/a
Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617.307.7100

COOCH AND TAYLOR, P.A.

*/s/Blake A. Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3800
bbennett@coochtaylor.com

*Attorneys for Defendant*
DAMAR WORLDWIDE 4 LLC

OF COUNSEL:

MARTIN TATE MORROW & MARSTON PC
Richard M. Carter (TN B.P.R. #07285),
Adam J. Eckstein (TN B.P.R. #27200),
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4839
Telephone: (901) 522-9000
Facsimile: (901) 527-3746
Email: rcarter@martintate.com
Email: aeckstein@martintate.com

IT IS SO ORDERED on this ____________ day of ___________, 2017

______________________________________________
THE HONORABLE RICHARD G. ANDREWS