# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC D/B/A BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>DAMAR WORLDWIDE 4 LLC,<br><br>Defendant. | C.A. No. 1:16-CV-00969-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on June 12, 2019, a copy of Plaintiff's Preliminary Infringement Contentions was served on the following via email:

| | |
|---|---|
| Frank Bruno | brunof@whiteandwilliams.com |
| Marc Casarino | casarinom@whiteandwilliams.com |
| Michael Kassak | Kassakm@whiteandwilliams.com |

Respectfully submitted,

STAMOULIS & WEINBLATT, LLP

Dated: June 12, 2019

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

/s/*Stamatios Stamoulis*
Stamatios Stamoulis (#4606)